UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Hee Gwun Hwang | : | Bankruptcy No. 12-20895 |
| Jung Soon Kim Hwang | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 2-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

_____
UNITED STATES BANKRUPTCY JUDGE
**STEPHEN RASLAVICH**

Dated:

**Dated: March 27, 2017**